

**EXHIBIT R**



RDH
Making Buildings Better

2101 N 34th Street #150
Seattle, WA 98103

206 324 2272
rdh.com

TO Mr. Douglas Andrews
EMAIL DWA@Andrews-Rhodes.com
Andrews & Rhodes LLP
21700 Copley Drive, Suite 310
Diamond Bar, CA 91765

B9914.000
**Letch v. Construction Zone**
**Litigation Support**

DATE October 26, 2015

REGARDING Review of Window and Door Condensation Issue

Dear Mr. Andrews,

As requested, we reviewed the provided documentation pertaining to the Letch Residence located at 986 Wynstone Drive, Jefferson, Union County, South Dakota related to the window condensation and frosting problems.

## Background

The building was constructed between 2010 and 2012 and consists of a combination of wood-, concrete-, and steel-frame structure. The building incorporates a mixture of exterior insulating finishing system (EIFS), stone, and copper sheet metal as primary cladding types. The windows and doors are aluminum-framed products with double-paned insulating glazing units (IGUs).

The building was designed by Lake Flato Architects (referred to as LF or "the Architect"), constructed by The Construction Zone (referred to as TCZ or "the Contractor"). The windows and doors were manufactured by Fleetwood Windows and Doors (referred to as Fleetwood or "the Window Manufacturer") and supplied by Assured Construction Corp (Assured or "the Window Supplier"). Windows and doors were installed by Global Glass and Glazing LLC (referred to as Global or the Window Installer).

According to the Fleetwood Shop Drawings dated 2/18/11 with Revision 1 dated 3/21/11 we understand the following:

→ Fixed windows are thermally-broken Fleetwood Kona 3800 Series products with 1-inch IGUs (6mm SB60, 0.5 inch air, 6mm clear glass).

→ Casement windows are thermally-broken Fleetwood Westwood 250 Series products with 1-inch IGUs (6mm SB60, 0.5 inch air, 6mm clear glass) that are glazed into the Kona 3800 window frames.

→ Swing doors are non-thermally broken Fleetwood Pacific 3500 Series products with 1-inch IGUs (6mm SB60, 0.5 inch air, 6mm clear glass).

→ Sliding glass doors are non-thermally broken Fleetwood Norwood 3070 Series products with 1-inch IGUs.

During the first winter of occupancy in 2012, some of the windows and doors experienced significant condensation and frost formation. The design and construction team have since made some efforts to adjust heating, humidification, thermal characteristics, and other possible contributing factors, but as we understand it, the condensation problems are still prevalent at the residence during colder exterior temperatures.

# RDH

## Discussion

### Typical Conditions That Impact Condensation Formation

Many factors can influence condensation formation on fenestration products including the type of wall construction and materials used, location of thermal barrier, depth of reveal, location of heat sources and air flow rate, and direction of elevation (Refer to American Architectural Manufacturers Association (AAMA) 1503 -09 – *Voluntary Test Method for Thermal Transmittance and Condensation Resistance of Windows, Doors, and Glazed Wall Sections*). This AAMA 1503 standard is referenced in the Construction Documents under Specification Section 08 51 13 – Aluminum Windows and Glass Doors.

This particular building had many design choices that impacted the condensation potential on window surfaces. Through a review of available documents, we have determined the condensation at the Letch Resident is most likely the result of a combination of the following factors:

→ Selection of non-thermally broken swing and sliding doors

→ Selection of window system and glazing for the climate

→ Inadequate supply of warm air to the interior of glazed assemblies

→ Elevated humidity levels in the residence

→ Effects of thermal bridging at rough opening perimeters including aluminum sill pans

### Non-Thermally Broken Swing and Sliding Doors

The Architect and Contractor chose non-thermally broken door assemblies for the project from the beginning of the design process. Fleetwood did not offer a thermally broken door at the time of design or construction. A thermally broken option was available in about August 2012 after completion of construction. During the design phase, this was clarified with the Window Supplier via e-mail.

→ July 26, 2010: LF discussion with Fleetwood via e-mail

   LF – "2) We have shown Pacific door for all exterior swing doors but I guess we had assumed that these were thermally broken as well. Looking closer at the details, it appears that they are not, and I don't believe that Fleetwood carries a thermally broken swing door – is that correct?"

   Fleetwood – "Correct, the Pacific is not currently thermally broken, though we have a new thermal design in the works. This will not be available until sometime next year, most likely. 70 sqf is the max insulated glazing limitation. The thermally broken frames are limited to 50 sqf"

During shop drawing review and during the window purchasing, the question of the doors being thermally broken was again brought up both on shop drawing mark-ups and via e-mail. The decision to proceed with non-thermally broken doors was made by the Architect and Contractor.



rdh.com

→ **February 29, 2011: E-mail from TCZ to Global Glass and Assured**

"We can proceed with the living room slider with a non-thermally broken frame (I believe it is an EX frame)."

→ **February 28, 2011: E-mail from TCZ to LF**

"Thanks, neither Jeff nor I could find a return email from you about the thermally broken living room slider, but per our phone conversation we will proceed with a non-thermally broken detail for this sliding door."

## Window System and Glazing Selection

The Architect is responsible for selecting products, details, assemblies, and systems appropriate for the climate and design objectives. Because of the complex interactions of the many different components of a building, the Architect must consider how all the parts of the building interact, among other things, to limit condensation. In this case, the selection of windows played a critical part in the condensation problems at the residence.

### Window Performance Metrics

When considering window selection, two common metrics are considered: U-value and Condensation Resistance (CR), both of which are readily published from window manufacturers as calculated using National Fenestration Rating Council (NFRC) 100 - *Procedure for Determining Fenestration Product U-Factors* and NFRC 500 – *Determining Fenestration Product Condensation Resistance Values*. These values typically come in a table with many different glazing options.

### U-Value

The U-value is the overall assembly's coefficient of thermal transmittance, in other words the opposite of resistance to heat flow. A lower U-value is desirable. U-value takes into account heat flow through the glass, window frame, and edge of glass.

While this U-Value metric can be useful for calculating building heating and energy use, it has little applicability to the likelihood of a given window system to resist the formation of condensation. A more important factor to consider when designing for condensation potential is condensation resistance. Condensation resistance can be calculated through computer simulation per NFRC 500 or through physical testing per AAMA 1503 (referred to as Condensation Resistance Factor (CRF)). Although AAMA 1503 and NFRC 500 use different calculation methods and thus yield different values, both can be useful for comparing window systems.

### Condensation Resistance

Condensation resistance did not appear to be a main driving force behind the window and glazing selections by the Architect. A minimum condensation resistance factor (CRF) of 45 per AAMA 1503 is referenced in the Aluminum Window and Glass Door (08 51 13); however, the specification does not reflect the selected window system as shown on the drawings. The selected window systems would not likely meet the Architect's own specification for condensation resistance. Further, a CRF of 45 would only be considered



rdh.com

appropriate if the interior relative humidity was maintained at or below 15% during design temperatures. If the project included humidification, a window system with a higher condensation resistance would be more appropriate. Lastly, we understand the neither Fleetwood nor Assured were provided the project specification.

### Interior- versus Exterior-Glazed Window Options

The selection of the Kona 3800 thermally-broken series was made early in the design process. While incorporating thermally broken framing members, this product—in the standard exterior-glazed option—features large portions of aluminum frame elements to the exterior side of the thermal break. This increases the amount of surface area and thermal mass on the cold side of the assembly. Had the same extrusion been used in the interior-glazed version of the same product line, the majority of the window frame surface area would have been to the interior, thus increasing the surface temperature.

To illustrate this point, when comparing the standard exterior-glazed system to the interior-glazed system with the same IGU, a substantial difference in the condensation resistance is evident. For example, an IGU consisting of 6mm glass, air fill, and aluminum spacer in the exterior-glazed version yields a condensation resistance (CR) of 28 (NFRC 500) compared with the interior-glazed version that yields a CR of 44.

The Architect and Contractor discussed the interior- versus exterior-glazed option but not in the context of condensation resistance.

→ December 12, 2011: E-mail between LF and TCZ

LF: "the glass stops are shown on the exterior. I would have thought them ideally on the inside so they cannot be removed from outside and glass taken out... intruders. Etc."

TCZ: "The permanent stops on the interior work to keep the water out, we will also fully 795 the piece of glass in, so removal will be difficult."

LF: "OK"

Had the Architect realized the implications of the standard exterior-glazed Kona 3800 profile on the CR of the windows and instead selected the interior-glazed option, the potential for condensation would have been reduced.

### IGU selection

Beyond the selection of the window frame, the selection of the IGU plays a part in the interior window surface temperatures, both of the glass and the frame. Window manufacturers publish tables filled with many IGU combinations within the same frame so that appropriate IGUs can be selected. Some variables include glass thickness, low-e coatings, gas fill between the panes, and edge spacer materials. Combinations of double- and triple-pane glazing are often also incorporated.

When looking at the U-value tables for the 3800 system, the Architect realized that the specified window system was not likely to meet their performance requirements.

# RDH

→ **January 26, 2010: E-mail from LF to Heather Holdridge**

> "Based on the charts from the links, doesn't look like we get close for the U-value for either system at all?"

The Architect later asked about warm edge spacers but elected not to pursue this option. The cost premium of the warm edge spacer was reportedly between $5,000 and $10,000.

→ **January 13, 2011: E-mail from TCZ to Assured**

> "After presenting info and preliminary cost to the architect about the black Techno spacer, they have decided to not use it. Please proceed with the aluminum black (dark bronze) spacer per the original spec and bid."

These NFRC tables also include the CR for the various IGU combinations. During design, Fleetwood suggested warm edge spacers, argon fill, and low-e coatings to improve thermal performance.

→ **February 3, 2010: E-mail from Fleetwood to LF**

> "Our NFRC Kona tests give the fixed system a rating of 0.34 using Solarban 70, Argon, 1" insulated glass and a Super Spacer…"

## Inadequate Heat Supply to Interior of Window Frames

The formation of condensation is as much a function of the windows, materials, and placement as it is the HVAC system. If warm air is directed toward the windows, this can locally increase frame temperatures reducing the potential for condensation to form. This is a common strategy in cold climates. In the design phase, a subconsultant to LF indicated the opposite strategy is preferred.

→ **November 5, 2009: IBS Advisors LLC answers to questions from LF**

> "I asked about the forced air register locations – he said that it's good for all of them to be in the floor, served from the crawlspace. Just be sure to NOT put them at the windows, because in the winter you'll lose the heat through the window. The register selection will be important because it will provide the angle and throw needed to circulate the room – different registers for each room."

The design team made a decision to use a combination of radiant floor heating and forced air to heat the building. This reduces the total forced-air heating supplied at the window locations because a portion is supplied via the radiant heat flooring. Furthermore, the forced air is only active as a secondary heat source.

→ **February 13, 2013: E-mail from LF to Alvine**

> "One thing that has come up related to mechanical is that since we have a baseline radiant system with supplemental FA heat, there isn't warm air flow touching the window frames to keep them from freezing. The FA only comes on when needed at peak intervals. The GC has stated that perhaps if the FA system was the primary source, and radiant the supplemental, the windows might not be seeing the frost since they would have enough warm air moving across the interior of the frames to temper the thermal change."



**RDH**                                                                                                        rdh.com

Another method of providing direct heat to the windows is through heat trace tape on the interior of the windows. Based on Construction Documents June 4, 2010, Page E202, it appears heat trace cable was included on the upper clerestory windows but not on the lower windows. This is further confirmed in two e-mails below:

→ January 22, 2013: E-mail from Thompson Electric Company to TCZ

"... We currently have three 30-amp circuits feeding what heat tape is there ..."

→ December 28, 2012: E-mail from TCZ to Letch

"It's promising the heat trace may work. Another good thing, is all the upper sills already have heat trace installed against them... with some minor adjustment, we may able to get it right against the exterior portion of the sill pan."

### Elevated Humidity Levels

It also appears the relative humidity in the home is maintained fairly high during the winter months.

→ February 13, 2013: E-mail from LF to Alvine

"The humidity level in the house has been discussed and at one point that the client thought it was up around the 30% range. Lately we asked them to run it as low as possible and thermostat readings were in the low 20's. I am not sure if this contributes to the problems."

We assume LF meant humidistat not thermostat in the above statement.

Humidified buildings in cold climates require careful selection/design of the building enclosure to avoid condensation-related issues, particularly at glazed assemblies. Higher-performing glazing assemblies in conjunction with appropriately designed mechanical systems and avoidance of thermal bridges are necessary to achieve adequate performance.

### Effects of Thermal Bridging at Rough Openings

The rough opening configuration, materials, and window placement are also important in evaluating the potential for condensation. Materials that are highly thermally conductive, such as aluminum and copper, can transfer heat out of the building and window frames, reducing interior surface temperatures.

The location of the window within the rough opening can also have an impact on the condensation potential of the windows in a couple of ways. The forced air registers are intended to supply air to warm the windows. Windows that are set further to the exterior, like the ones at the Letch residence, are not as well heated as if they were set toward the interior.

Further, any components that extend from the interior to the exterior and are conductive constitute a thermal bridge and the potential for condensation to form. The design intent included continuous aluminum sill pans in the rough openings. At multiple instances through the design and construction process, the Architect requested or acknowledged that aluminum sill pans were to be installed at the sill of the windows.

# RDH

rdh.com

The following are excerpts from documents provided to us:

→ **July 8, 2010: Meeting Minutes (WJE and LF)**

"- Door threshold should have pans and embed pans in sealant – does Fleetwood provide pans?"

→ **November 19, 2010: LF Notes on Shop Drawing Submittal**

"2. Is there a reason the sill pan is not shown for all windows and door? We noted these up but let us know if there are special conditions?"

→ **December 3, 2010: email from LF**

"2. I assume that we want Fleetwood sill pans for all windows and doors? Right now they are not shown everywhere, most noticeably not in the clerestory windows but I don't know why not."

→ **December 9, 2010: Submittal Response from LF to TCZ**

"2. Is there a reason the sill pan is not show for all window and doors? We noted these up but let us know if there are special conditions?"

→ **December 10, 2010 Letter of Transmittal from TCZ to LF**

"1.09 (and others) – CZ is concerned that an exposed sill pan will not be architecturally acceptable. See attached photo of sill pan at mock-up window"

Furthermore, a continuous copper sill pan was proposed at the copper clad areas. It is not clear to us if the copper sill pans were actually used in all instances in copper cladding; however, the Architect reviewed the mock-up and did not identify the potential increased thermal bridge that copper would pose given it is more thermally conductive than aluminum.

→ **March 28, 2011: LF Site Visit Report #5**

"Sill metal to get shimmed ¼" to get positive drainage away from windows. Andy suggested to add a soldered copper sill pan that would replace the Fleetwood pan. CA to confirm if there are any warranty issues with replacing the sill pans"

It is not clear if the copper pans were used at these locations or not. We cannot find any correspondence from TCZ to Fleetwood to confirm the warranty requirements.

At the mock-up window, the aluminum sill pan was used. The mock-up, along with shop drawings, is used to demonstrate that the installation is consistent with the construction documents and design intent.

→ **May 12, 2011: E-mail from LF to TCZ**

"The Fleetwood window and sill pan has been installed in a full bed of sealant and when we set this piece we will have the opportunity to add another layer of sealant and set this sill into that... further more we will add, yet another bead of caulk between the steel sill and the Fleetwood after install..."

As it is clear through the design, construction documents, shop drawing review, and construction that there was specific design intent by the Architect to include aluminum sill pans.

# RDH



rdh.com

We do not have any evidence to suggest the Architect or Contractor requested thermally broken sill pans or an alternative means of subsill waterproofing. However, standards such as ASTM E2112 at the time of design and construction, highlight that sill pans can be thermal bridges and selection of appropriate materials and details falls on the designer, not the supplier and installer.

## Summary of Conclusions

The Architect bears responsibility for the design of the building to be appropriate for the design objectives. The Contractor is to construct the building to the Contract Documents. The Window Supplier is to provide the materials as ordered. It is clear from our review that the Window Supplier supplied all of the materials as ordered.

From our review of the available documentation, the condensation problems at the house are a combination of the following factors:

→ The Architect's selection of non-thermally broken swing and sliding doors

→ The Architect's selection of window glazing system that did not meet the performance requirements of the project given the cold climate and humidified interior

→ The selection of split heating system reduced the amount of warm air directed toward the windows and the omission or deletion of heat tracing cable from the interior of windows

→ Elevated indoor relative humidity

→ The Architect's rough opening design that included continuous aluminum sill pans and minimal reduction in thermal bridging.

## Closure

Our opinions are based on the information provided to date. Note that we have not visited the site to observe or document as-built conditions. We reserve the right to modify our opinions based on review of additional information or through additional work performed by RDH.

Yours truly,

*[signature]*

Robert Bombino | M.S., P.E. (WA, MA)
Managing Principal, Senior Building Science Specialist
rbombino@rdh.com
RDH Building Sciences Inc.

encl.



# RDH

## Robert Bombino | M.S., PE

### Expertise + Role



Robert Bombino has focused his entire career consulting on the building enclosure. He has extensive experience with a variety of building enclosure systems, components, and materials used across the United States and Canada. His experience includes steep- and low-slope roofing systems, wall cladding (masonry, EIFS, concrete, metal panel, stucco, siding, etc.), windows, glazing, and glass/metal curtain walls as well as below-grade and plaza waterproofing systems.

Robert investigates, designs, and reviews construction of enclosure restoration projects for existing buildings. He also provides design and construction review on new construction projects. In addition, he provides expert testimony and litigation support for construction defect claims. He leads building enclosure projects for buildings of all types; new and existing, high- and low-rise, commercial, institutional, and residential.

Robert is also regarded as an industry leader in evaluating thermal and hygrothermal (heat, air, and moisture) performance of building enclosure systems. His education, experience, and proficiency with state-of-the-art analysis software enable him to perform advanced thermal and hygrothermal analyses. This expertise is particularly relevant when dealing with specialty buildings with sustained high indoor humidity such as museums and natatoriums.

Robert is a shareholder and Managing Principal of RDH and is committed to the success of RDH projects.

### Education

M.S., Architectural Engineering, Pennsylvania State University, University Park

B.A.Sc., Honors Co-op, Civil Engineering, University of Waterloo, Waterloo, ON, Canada

### Memberships + Awards

Registered Professional Engineer (MA, WA)

American Society for Testing & Materials (ASTM)

ASTM, Committee C16, D08, and E06 Voting Member

American Society of Heating, Refrigerating, and Air-Conditioning Engineers (ASHRAE) Technical Committee 4.4, Past Voting Member

## Senior Building Science Specialist

### Typical Projects

#### NEW CONSTRUCTION

Robert has provided building enclosure design review services for several new construction projects. Some examples include:

→ Amazon Blocks 26, 32, 34, 35, 44, 45 and 52, Seattle, WA
→ Bravern III and IV, Bellevue, WA. Two, 33-story residential towers constructed over a 4-story retail base
→ Banner Thunderbird and Ironwood Medical Centers, Phoenix, AZ
→ Aspira, Seattle, WA. 38-story residential tower
→ Gallery, Seattle, WA. 13-story residential tower
→ Health and Science Center, Northwest University, Kirkland, WA
→ Enso, Seattle, WA. 19-story residential tower and 12-story commercial tower, both rising from a 6-story base
→ Avalon Towers, Bellevue, WA. 2-tower residential project of 15 and 24 stories
→ Pharmacy/Biology Building, University of Connecticut, Storrs, CT



#### CONDITION ASSESSMENTS

Robert has conducted investigations and condition assessments for wall cladding (stucco, EIFS, masonry), plaza and below-grade waterproofing, windows, and glass/metal curtain walls. Some examples include:

→ Washington Square, Bellevue, WA
→ Labor and Industries Head Office, Tumwater, WA
→ Rieke Science Center, Pacific Lutheran University, Tacoma, WA
→ Lake Placid Lodge, Whistler, BC
→ Santa Cruz County Health Services Building, CA
→ Harbor Towers, San Diego, CA
→ Kirby Place, Houston, TX
→ Highland District Hospital, Hillsboro, OH
→ Law School Library, University of Connecticut, Hartford, CT

rdh.com


EXHIBIT D

Staff Biography 1/2



# RDH

## Robert Bombino | M.S., PE



### LITIGATION SUPPORT

Robert regularly provides expert testimony and litigation support related to building enclosure performance problems. He is recognized as objective and provides services for plaintiff and defendant clients as well as acting as a neutral expert. Some examples include:

- 2200 Westlake, Seattle, WA – Defense, Developer
- 1521 Second Avenue, Seattle, WA – Defense, Developer
- Gold Pointe, Tacoma, WA – Defense, Developer
- Tidewater Cove, Vancouver, WA – Plaintiff, HOA
- Mira, Kirkland, WA – Neutral Expert
- 11th & Howell, Seattle, WA – Neutral Expert
- Graystone at Altamont, Clackamas, OR – Plaintiff, HOA
- Montere, Sammamish, WA – Defense, Developer
- Woodlands, Everett, WA – Defense, Developer

### REHABILITATION + CONSTRUCTION REVIEW

Robert provides building enclosure rehabilitation and renovation design and construction field review of cladding, fenestration, plaza waterproofing, and roofing. Some examples include:

- 2200 Westlake, Seattle, WA
- Graystone at Altamont, Clackamas County, OR
- College Inn, Oregon State University, Corvallis, OR
- Hotel Alder, Portland, OR
- Cadillac Hotel, Seattle, WA
- Gant Science Complex, Univ. of Connecticut, Storrs, CT
- St. Agnes Church, Arlington, MA
- Boston Public Library, Boston, MA
- Christian Science Publishing House, Boston, MA
- W. Zackin Natatorium, Univ. of Connecticut, Storrs, CT

## Senior Building Science Specialist

### Publications

- Bombino, R. and Finch, G., "Reconsidering the Approach Toward Determining Overall Building Enclosure Thermal Performance for Code Compliance" *Thermal Performance of Exterior Envelopes of Whole Buildings XI*, Clearwater, FL, December 2010.
- Finch, G., Hubbs, B., & Bombino, R., "Osmosis & Blistering Polyurethane Waterproofing Membranes" *12th Conference on Building Science & Technology*, Montreal, QC, 3/2009.
- Bombino, R. & Hubbs, B., "Impact of Architectural & HVAC Design & Occupants on Condensation Performance of Exterior Walls in Multiunit Residential Buildings" *10th Conference on Building Science & Technology*, Ottawa, ON, May 2005.
- Ricketts, D. & Bombino, H. "Study of Poured-In-Place Concrete Wall Performance in Coastal BC" Canada Mortgage & Housing Corporation, BC Homeowner Protection Office, 2004.
- Burnett, E.F.P. & Bombino, R., "Heat & Moisture Considerations with Steel Framing in Low-Rise Residential Construction" *Performance of Exterior Envelopes of Whole Buildings VIII Symposium*, Clearwater, FL, December 2-6, 2001.
- Bombino, R. & Burnett E.F.P., "Design Issues with Steel Stud-Framed Wall Systems" Pennsylvania Housing Research Center, University Park, PA, May 1999. Reprinted as "Weighing Thermal Design Strategies for Steel-Framed Homes (Parts 1 and 2)" *Energy Design Update*, Dec 1999 and Jan 2000.
- Bombino, R., "Hygrothermal Design Issues with Steel-Framed Enclosure Wall Systems," Master's Thesis, Pennsylvania State University Department of Architectural Engineering, University Park, PA, 1999.

### Presentations

- "Air Barriers: Energy Codes, Performance, & Applications" Construction Specifications Institute Seattle/Spokane Chapter Meetings, Jan/Apr 2012; Northwest Wall & Ceiling Bureau Portland/Seattle Chapter Meetings, Oct 2012.
- "Moisture & Concrete: Moisture Physics, Testing & Interpretation" International Concrete Repair Institute Seattle Chapter Meeting, 2/2012.
- "The Consultant's Perspective" 8th Annual Construction Defects: Update & Strategies 12/2011.
- "Low-Energy Buildings: Enclosure Design" Net Zero Workshop, Tacoma, WA, Oct 2011.
- "Air Barrier Commissioning of Large Buildings" 2011 BC Building Enclosure Council Conference & Annual General Meeting, Sept 2011.
- "Energy Consumption in High-Rise Residential Buildings" SeaBEC Conference, May 2011.
- "Airtightness within Buildings" Association of Professional Engineers and Geoscientists of BC Conference, Feb. 2011.
- "Windows, Fenestration and Detailing" Construction Specifications Institute Seattle Chapter Meeting, Jan. 2011.
- "High-Performance Building Enclosure Design" Net Zero Workshop, Tacoma, WA, Oct 2010.
- "Metal Roofing," AIA *It's in the Details - The Horizontal Plane*, Seattle, WA, November 2006.

Staff Biography 2/2

rdh.com

# RDH

rdh.com

## Schedule "A" – Rates and Reimbursable Expenses

PROJECT RATES

| Description | Project Rates ($/hr) |
|---|---|
| Senior Specialist<br>Senior Construction Manager | 320 |
| Specialist<br>Construction Manager | 280 |
| Senior Project Engineer<br>Senior Project Architect<br>Senior Project Technologist<br>Senior Project Manager<br>Senior Project Designer | 245 |
| Project Engineer<br>Project Architect<br>Project Technologist<br>Project Manager<br>Project Designer | 215 |
| Engineer<br>Architect<br>Technologist 4<br>Superintendent<br>Designer<br>Field Representative 4 | 185 |
| Project Manager 1 | 165 |
| Engineer (EIT) 2<br>Intern Architect 2<br>Technologist 3<br>Field Representative 3 | 135 |
| Engineer (EIT) 1<br>Intern Architect 1<br>Technologist 2<br>Estimator<br>Coordinator<br>Drafter 2<br>Field Representative 2 | 125 |
| Technologist 1<br>Field Representative 1<br>Drafter | 110 |
| Assistant | 90 |

PROJECT RATE ADJUSTMENT

RDH reviews rates across the firm on a periodic basis and Project Rates are subject to adjustment consistent with that periodic review. Project Rates may be increased by no more than 10% per year.

REIMBURSABLE EXPENSES AND LITIGATION SUPPORT

The *Client* agrees to pay direct expenses, grossed up by 10% to cover overhead, reasonably incurred by *RDH* in the performance of the services.

Equipment will be provided by *RDH* as required to perform the services and will be charged at rates established periodically and provided to the client upon request.

Attendance at, and preparation for, court, mediation, deposition, discoveries, or hearings are at the above rates plus 50%.

Testimony Depositions/Arbitration in the last 4 years

Milgard Manufacturing, Inc. vs. Liberty Mutual Insurance Company, United States District Court, Western District of Washington at Tacoma

Express Construction Company, Inc. v. Rain City Contractors, Inc., et al., Superior Court of Washington for King County

Fifteen Twenty-One Second Avenue Condominium Association vs. Opus NWR Development, LLC, Superior Court of Washington for King County

Milgard Manufacturing vs. Illinois Union Insurance, United States District Court, Western District of Washington at Tacoma

Aviara Owners Association vs. Aviara LLC, Superior Court of Washington for Snohomish County

Shoreline 88 LLC vs Global Development LLC, Superior Court of Washington for King County

Reverie at Marcato Owners Association Vs Vision One LLC, United States District Court Western District of Washington at Tacoma

West Mall Place Apartments LLC vs Global Development LLC, Superior Court of Washington for Snohomish County

Park 210 Apartments LLC vs Global Development LLC, Superior Court of Washington for Snohomish County



EXHIBIT F